IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wainwright, Larry | Case Number: 08 B 10662 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 4/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: July 3, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 300.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 300.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Burham Park Plaza | Secured | 1,906.00 | 0.00 |
| 4. | Capital One | Unsecured | 97.94 | 0.00 |
| 5. | Internal Revenue Service | Priority | | No Claim Filed |
| 6. | Citibank | Unsecured | | No Claim Filed |
| 7. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 8. | Armor Systems Co | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Chase Bank | Unsecured | | No Claim Filed |
| 11. | Collection Company Of America | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 16. | First National Credit Card | Unsecured | | No Claim Filed |
| 17. | HSBC | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | Illiana Financial Credit Union | Unsecured | | No Claim Filed |
| 20. | Market Street Mortgage | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | HFC | Unsecured | | No Claim Filed |
| 23. | UNVL/CITI | Unsecured | | No Claim Filed |
| 24. | USA Credit | Unsecured | | No Claim Filed |
| 25. | United Collection Bureau Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wainwright, Larry | Case Number: 08 B 10662 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 4/29/08 |

| | | | |
|---|---|---|---|
| 26. MRSI | Unsecured | | No Claim Filed |
| 27. Radio Shack | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 2,003.94 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_